## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| SHARI McINTOSH, KELLIE WALKER, and TIFFANY DELOATCH, individually and on behalf of all others similarly situated, | : : : : : | Civil Action No 2:24-cv-551-JXN-JRA |
| Plaintiffs, | : : | **NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |
| v. | : : : | |
| INQUISITHEALTH, INC., | : : | |
| Defendant. | : : : : | |

Pursuant to Federal Rule of Civil Procedure 68, Plaintiffs Shari McIntosh, Kellie Walker, and Tiffany DeLoatch on behalf of themselves accept Defendant InquisitHealth Inc.'s Rule 68 Offer of Judgment served on them on June 12, 2024 attached as Exhibit A.

It is hereby requested that the Court enter an Order of Judgement for said amounts in accordance with the provisions of Federal Rule of Civil Procedure 68.

June 21, 2024

**FISHER & PHILLIPS, LLP**

By: *s/ Kathleen McLeod Caminiti*
Kathleen McLeod Caminiti, Esq.
430 Mountain Ave., Suite 303
Murray Hill, NJ 07974
(908) 516-1080
kcaminiti@fisherphillips.com