## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SHARI McINTOSH, KELLIE WALKER, and TIFFANY DELOATCH, individually and on behalf of all others similarly situated, | : : : : | Civil Action No 2:24-cv-551-JXN-JRA |
| Plaintiffs, | : : | **JUDGMENT IN FAVOR OF PLAINTIFFS** |
| v. | : : | |
| INQUISITHEALTH, INC., | : : | |
| Defendant. | : : : | |

**WHEREAS** Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant InquisitHealth, Inc. ("Defendant") having offered to allow Plaintiffs Shari McIntosh, Kellie Walker, and Tiffany DeLeoatch ("Plaintiffs") to take judgment against Defendant in the sum of $7,500 each to resolve all of Plaintiffs' claims in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated June 12, 2024.

**WHEREAS**, on June 13 2024, Plaintiffs' confirmed acceptance of Defendant's Rule 68 Offer of Judgment; and

**WHEREAS** there are no remaining claims in the Action;

**NOW THEREFORE,** this Court Orders the following judgment to be entered:

**IT IS ORDERED, ADJUSTED AND DECREED** that:

1.    Plaintiff Shari McIntosh shall have and recover from Defendant the amount of $7,500 and that Plaintiff McIntosh's claims under the Fair Labor Standards Act asserted in the Second Amended Complaint are hereby dismissed with prejudice.

2.    Plaintiff Kellie Walker shall have and recover from Defendant the amount of $7,500 and that Plaintiff Walker's claims under the Fair Labor Standards Act asserted in the Second Amended Complaint are hereby dismissed with prejudice.

3.    Plaintiff Tiffany DeLoatch shall have and recover from Defendant the amount of $7,500 and that Plaintiff DeLoatch's claims under the Fair Labor Standards Act asserted in the Second Amended Complaint are hereby dismissed with prejudice.

4.    The Clerk of Court is respectfully directed to close this case.

**IT IS SO ORDERED**

Dated:    _____6/24/2024_____

_____
Hon. Julien Xavier Neals, U.S.D.J.